UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM QUIÑÓNES, *individually and on behalf of all others similarly situated*,

            Plaintiff,

-*against*-

LOS CORBATICAS DELI GROCERY II CORP. (D/B/A JVY DELI GROCERY CORP.), VERONICA E. GULLE, *and* LUIS A. TEJEDA SANCHEZ,
            Defendants.

**ORDER**

22-cv-10895 (ER)

The Court is in receipt of the Mediator's report that agreement was reached on all issues.

As such, the parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by April 7, 2023.

It is SO ORDERED.

Dated:   April 3, 2023
         New York, New York

                                            EDGARDO RAMOS, U.S.D.J.