# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St.                                    Telephone: (212) 317-1200
New York, New York 10165                            Facsimile: (212) 317-1620

**MEMO ENDORSED**

April 19, 2023

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

> The parties' request for an extension, until May 7, 2023, to submit their settlement materials is granted.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: April 20, 2023
> New York, New York

Re:   Quinones et al v. Los Corbaticas Deli Grocery II Corp. et al.,
      22-cv-10895-ER

Your Honor:

This firm represents Plaintiff in the above-referenced matter.  On April 3, 2023, the Court ordered the parties to submit their settlement documents to the Court for review by April 7, 2023.  The parties overlooked this order and apologize.

The parties will be resolving this case through a Rule 68 Offer of Judgment pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 414 (2d Cir. 2019).  However, the parties need more time to finalize their Rule 68 materials.  As such, the parties respectfully request that the deadline to submit settlement materials to the Court be converted to a deadline to submit the Rule 68 Offer, and be extended to May 7, 2023.  This is the first request of its kind and is submitted on consent.

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/
Jesse Barton, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*