UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

WILLIAM QUIÑÓNES, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

JVY DELI GROCERY CORP. (D/B/A JVY DELI GROCERY CORP.), VERONICA E. GULLE, and LUIS A. TEJEDA SANCHEZ,

                *Defendants.*
-------------------------------------------------------X

Civil Action No. **22-cv-10895-ER**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:

    Benjamin Sharav
    Victor Jose Molina , Jr
    Law Office of Victor J. Molina
    930 Grand Concourse, Ste 1A
    Bronx, NY 10451
    (718)-401-1600
    Email: v.j.molina@verizon.net
            Juris_ben@msn.com

    PLEASE TAKE NOTICE that Plaintiff WILLIAM QUIÑÓNES hereby accepts the offer of judgment made by Defendants JVY DELI GROCERY CORP. (D/B/A JVY DELI GROCERY CORP.), VERONICA E. GULLE, and LUIS A. TEJEDA SANCHEZ pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated May 4, 2023. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
        May 4, 2023

                                            /s/ Jesse Barton
                                            Jesse Barton
                                            CSM Legal P.C.
                                            60 East 42nd Street, Suite 4510
                                            New York, NY 10165
                                            (212) 317-1200
                                            *Attorneys for Plaintiffs*