UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| WILLIAM QUIÑÓNES, *individually and on behalf of others similarly situated,* | Civil Action No. **22-cv-10895-ER** |
| *Plaintiff,* | **PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
| -against- | |
| JVY DELI GROCERY CORP. (D/B/A JVY DELI GROCERY CORP.), VERONICA E. GULLE, and LUIS A. TEJEDA SANCHEZ, | |
| *Defendants.* | |

---------------------------------------------------------X

To:
    Benjamin Sharav
    Victor Jose Molina , Jr
    Law Office of Victor J. Molina
    930 Grand Concourse, Ste 1A
    Bronx, NY 10451
    (718)-401-1600
    Email: v.j.molina@verizon.net
           Juris_ben@msn.com

    PLEASE TAKE NOTICE that Plaintiff WILLIAM QUIÑÓNES hereby accepts the offer of judgment made by Defendants JVY DELI GROCERY CORP. (D/B/A JVY DELI GROCERY CORP.), VERONICA E. GULLE, and LUIS A. TEJEDA SANCHEZ pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated May 4, 2023. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       May 8, 2023

                                              Jesse Barton
                                              CSM Legal P.C.
                                              60 East 42nd Street, Suite 4510
                                              New York, NY 10165
                                              (212) 317-1200
                                              *Attorneys for Plaintiff*