UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM QUIÑÓNES, *individually and on behalf of others similarly situated,*   Civil Action No. **22-cv-10895-ER**

*Plaintiff,*

**JUDGMENT**

-against-

JVY DELI GROCERY CORP. (D/B/A JVY DELI GROCERY CORP.), VERONICA E. GULLE, and LUIS A. TEJEDA SANCHEZ,

*Defendants.*
-----------------------------------------------------------------X

**JUDGMENT**

On May 8, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, WILLIAM QUIÑÓNES, have judgment against JVY DELI GROCERY CORP. (D/B/A JVY DELI GROCERY CORP.), VERONICA E. GULLE, and LUIS A. TEJEDA SANCHEZ, jointly and severally, in the amount of Sixty Thousand Dollars and No Cents ($60,000.00), which is inclusive of attorneys' fees and costs.

Dated:  May 9 , 2023

_____
EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE